JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

03-00041

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| George S. Hartman and Linda M. Hartman, | United States of America |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Chuuk, (EXCEPT IN U.S. PLAINTIFF CASES) Federated States of Micronesia | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Michael J. Berman; Daniel J. Berman Berman O'Connor Mann & Shklov, Suite 503, Bank of Guam Bldg. Hagatna, Guam | ATTORNEYS (IF KNOWN) United States Attorney, Office of the United States Attorney, 108 Hernan Cortes Avenue, Suite 500, Hagatna, Guam 96910 |

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is an action for money damages brought pursuant to the Federal Tort Claims Act 28 U.S.C. Sec. 2671, et. seq.

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   DEMAND $ 154,333.50   CHECK YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): none   JUDGE n/a   DOCKET NUMBER n/a

DATE December 2 , 2003   SIGNATURE OF ATTORNEY OF RECORD [signature]

**RECEIVED DEC - 4 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

BERMAN O'CONNOR MANN & SHKLOV
Suite 501, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Plaintiff:
*GEORGE S. HARTMAN* and *LINDA M. HARTMAN*

FILED
DISTRICT COURT OF GUAM
DEC - 4 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN and LINDA M. HARTMAN, | CIVIL CASE NO. 03-00041 |
| Plaintiffs, | COMPLAINT FOR DAMAGES |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## COMPLAINT FOR DAMAGES

Plaintiffs George S. Hartman and Linda M. Hartman, through counsel Berman O'Connor Mann & Shklov respectfully complain to the Court as follows:

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C. § 2671, et. seq.. This Court is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b).

2. Plaintiff George S. Hartman, at all times herein relevant, was and is a citizen of the Federated States of Micronesia, was the operator of 1998 Toyota Sienna, Guam License Plate No. 7939 PDC (hereinafter "Vehicle 1"), and a resident of Guam at the time of the acts herein complained of.

3. Plaintiff Linda M. Hartman, at all times herein relevant, was and is a citizen of the Federated States of Micronesia, a passenger in Vehicle 1, and a resident of Guam at the time of the acts herein complained of. She is the registered owner of Vehicle 1.

4. Defendant is the United States of America.

ORIGINAL

5. At all times herein relevant, Central Avenue, by Route 8, Tiyan, Guam, was and is a public highway in the Territory of Guam

6. On or about April 22, 2001, Plaintiff George S. Hartman was operating Vehicle 1 and was at a stopped position facing south on Central Avenue, by Route 8, Tiyan, Guam, when a certain Edward Bayron, an employee of the U.S. Immigration & Naturalization Service, who was operating a 1990 Dodge Ram, License Plate No. 5-13104 (hereinafter "Vehicle 2"), directly behind Vehicle 1, negligently conducted an unsafe start and struck Vehicle 1 in the rear. The police investigating officer determined that Mr. Bayron was at fault and the responsible party of the auto-auto collision. The Police Report, Case No. 014-06208, is hereby incorporated in this Complaint by this reference and is marked as Exhibit "A".

7. Upon information and belief, Mr. Bayron was acting within the course and scope of his employment with the U.S. Immigration & Naturalization Service (now U.S. Citizenship & Immigration Service) and had the permission by the Defendant United States (through the U.S. Navy Guam) to operate Vehicle 2 at the time of the collision described above.

8. Upon information and belief, Defendant United States of America was and is the registered owner of Vehicle 2 and such vehicle was assigned or allotted to the U.S. Navy Guam which in turn gave permission to Mr. Edward Bayron to operate said Vehicle at the time of the collision described above. Upon information and belief, Defendant United States of America is a self-insurer of Vehicle 2.

## COUNT I

9. As a direct and proximate result of the negligence of Mr. Edward Bayron, Plaintiff George S. Hartman sustained injuries, pain and suffering all to his general damages in the amount of $50,000.00.

10. As a further direct proximate result of the negligence of Mr. Edward Bayron, Plaintiff George S. Hartman incurred medical and related expenses in the amount of $24,685.80.

## COUNT II

11. As a direct and proximate result of the negligence of Mr. Edward Bayron, Plaintiff Linda M. Hartman sustained injuries, pain and suffering all to his general damages in the amount of $50,000.00.

12. As a further direct and proximate result of the negligence of Mr. Edward Bayron, Plaintiff Linda M. Hartman incurred medical and related expenses in the amount of $29,265.86 and property damage in the amount of $381.84.

13. Under Guam law, Plaintiffs have a direct cause of action against Mr. Edward Bayron's employer, the U.S. Department of Justice and the U.S. Department of the Navy as the responsible federal agency for Vehicle 2.

14. Pursuant to 20 C.F.R. § 14.2(a) a claim shall be deemed to have been presented when a federal agency receives from a claimant or his agents an executed Standard Form 95. Pursuant further to 28 C.F.R. § 14.2(b), a claim shall be presented to the federal agency whose activities give rise to the claim and when more than one federal agency is or may be involved in the events giving rise to the claim, an agency with which the claim is filed shall contact the other alleged agencies in order to dispute the single agency which will investigate and decide the merits of the claim.

15. On April 17, 2003, a claim for damages (Standard Form 95) was submitted to the U.S. Department of the Navy and the U.S. Department of Justice through the U.S. Navy Legal Service Office at U.S. Naval Station, Guam. The claim is hereby incorporated into this Complaint by this reference and marked as Exhibit "B".

16. On September 19, 2003, the U.S. Department of the Navy denied the claim. The letter of denial is hereby incorporated into this Complaint by this reference and marked as Exhibit "C".

17. Under the facts and circumstances of this case, the United States, if a private person, would be liable to claimants/plaintiffs under the laws of Guam.

WHEREFORE, Plaintiffs request judgment against Defendant United States of America as follows:

1. General damages to George S. Hartman in the amount of $50,000.00.
2. Medical and related expenses to George S. Hartman in the amount of $24,685.80.
3. General damages to Linda M. Hartman in the amount of $50,000.00.
4. Medical and related expenses to Linda M. Hartman in the amount of $29,265.86.
5. Property damage to Linda M. Hartman in the amount of $381.84.
6. For costs.
7. For such other and further relief as the Court may deem just and proper.

Dated: December **3**, 2003.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs *GEORGE S. HARTMAN* and *LINDA M. HARTMAN*

By: 
MICHAEL J. BERMAN

# GUAM POLICE DEPARTMENT
## TRAFFIC ACCIDENT REPORT

PAGE # 01

**CASE NO.** 01-06208

**ACCIDENT CLASSIFICATION:**
- [ ] FATAL
- [x] NON-FATAL
- [ ] NON-INJURY
- [ ] NON-TRAFFIC
- [ ] OTHER

**ACCIDENT INVOLVED:** (CHECK APPROPRIATE BOX)
- [x] Automobile(s)
- [ ] Overturn
- [ ] Pedal Cycle
- [ ] Bus
- [ ] Fixed Object
- [ ] Parked Vehicle
- [ ] Motorcycle
- [ ] Truck (Heavy Equipment)
- [ ] Pedestrian
- [ ] Non-Collision
- [ ] Ran Off Roadway
- [ ] Moped
- [ ] Trailer
- [ ] Animal
- [ ] Other

### LOCATION / TIME

- **Location:** Central Ave., Tiyan
- **By:** Route 8
- **Best Area:** A-13
- **Date:** 4/22/01 **Time:** 4:40 AM/**PM** **Day of Week:** Sunday
- **Notified of Accident:** Date 4/22/01 Time 4:43 AM/**PM**
- **Investigation Made:** Date 4/22/01 Time 4:52 AM/**PM**
- **Investigation Elsewhere:** At scene Date _____ Time _____ AM/PM
- **Is the Investigation Completed?** [x] Yes [ ] No
- **Where Photographs Taken?** [ ] Yes [x] No By Whom: _____ I.D. # _____

Area type:
- [ ] Rural
- [ ] Residential
- [x] Industrial
- [ ] Business
- [ ] School or Playground
- [ ] Open Country
- [ ] Open

### VEHICLE 1

| VEH# | YEAR | MAKE | MODEL | PLATE# | VIN# | STATE | COLOR |
|---|---|---|---|---|---|---|---|
| 1 | 1998 | Toyota | Sienna | 7939PDE | 4T3ZFL3CXWU042679 | Gu. | White |

- **Driver:** George S. Hartmann **D.O.B.** 4/23/47 **AGE** 53 **SEX** M
- **Home Address:** Hse. #28 Toto Park, Toto **Home Phone:** 477-6869 **Race:** Chuuk
- **Occupation:** Manager **Place of Employment:** Truck Transportation
- **DL#:** _____ **Type:** Operator **State:** Pohnpei
- **Restrictions:** None **SS#:** 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 **Work Phone:** (691) 330-2147
- **Insurance:** QBE Ins. **Policy No.:** 3903
- **Owner:** Linda M. Hartmann **D.O.B.** 5/4/53 **Age** 48 **Sex** F
- **Address:** Same as driver **Phone No.:** 477-6869
- **Vehicle Traveling:** [ ] East [ ] West [ ] North [x] South On Central Ave., Tiyan
- **Impoundment:** [ ] Yes [x] No **Vehicle Moved To:** Driver
- **Posted Speed:** 25 MPH **Driver's Estimated Speed:** 0 MPH

**CIRCLE POINT OF IMPACT (SHADE DAMAGED AREAS)** — V-1
**Est. AMOUNT:** $ 200.00
- T TOP
- U UNDERCARRIAGE
- N NONE

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE# | VIN# | COLOR |
|---|---|---|---|---|---|
| | N/A | | | | |

### VEHICLE 2

| VEH# | YEAR | MAKE | MODEL | PLATE# | VIN# | STATE | COLOR |
|---|---|---|---|---|---|---|---|
| 2 | 1990 | Dodge | Ram | J-13104 | IB7JE26X3LS762849 | Gu. | Beige |

- **Driver:** Edward V. Bayron **D.O.B.** 1/22/61 **AGE** 30 **SEX** M
- **Home Address:** Hse. #162 Western Blvd., Tamuning **Home Phone:** 647-6050 **Race:** Cau.
- **Occupation:** Inspector **Place of Employment:** U.S. Dept. of Justice (Immigration)
- **DL#:** 01-007 **Type:** Operator **State:** CNMI
- **Restrictions:** None **SS#:** 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 **Work Phone:** 642-7611
- **Insurance:** Not Required **Policy No.:** _____
- **Owner:** U.S. Government **D.O.B.** _____ **Age** _____ **Sex** _____
- **Address:** C/O: U.S. Navy **Phone No.:** 642-7611
- **Vehicle Traveling:** [ ] East [ ] West [ ] North [x] South On Central Ave., Tiyan
- **Impoundment:** [ ] Yes [ ] No **Vehicle Moved To:** Driver
- **Posted Speed:** 25 MPH **Driver's Estimated Speed:** 5 MPH

**CIRCLE POINT OF IMPACT (SHADE DAMAGED AREAS)** — V-2
**Est. AMOUNT:** $ 400.00
- T TOP
- U UNDERCARRIAGE
- N NONE

**EXHIBIT "A"**

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE# | VIN# | COLOR |
|---|---|---|---|---|---|
| | N/A | | | | |

| ACCIDENT CLASSIFICATION: | (2)Auto, (1)Non-Fatal, Civilians | CASE NO. 01-06208 |
|---|---|---|

**VIOLATOR(S):** Veh. # __2__ ☐ Pedestrian ☐ Other

Name __Edward V. Bayron__    Charge(s) __T16-GCA §3323__ "Unsafe starting"

**DISPOSITION:** ☐ Arrested   ☐ Citation Issued
☑ Verbally Warned   Ticket No. _____

**INJURY CODE:**
(1) Complaint of pain, no visible injuries.
(2) Bruises, abrasions, swelling, limping, etc.
(3) Bleeding wound, distorted member.
(4) Dead at time of report.

**SEAT CODE:**
```
7 4 1
8 5 2  ▷        11 10
9 6 3
```

**VEHICLE # 1**  ☑ Injury Code [1]  ☐ Driver  ☑ Passenger  ☐ Pedestrian   [3] Seat Code   Use (a) As Additional Passenger Example (5a)

(1) __Linda__ __M.__ __Hartmann__   __Chuckrrs__, __F__, __48__, __5/4/52__, __Not Available__
    First   M.I.   Last              Race  Sex  Age  D.O.B.  Soc. Sec. #

Home Phone __477-6869__   Bus. Phone __N/A__   Transported to __GMHP__   Transported by __Medic 4__

**VEHICLE # 2**  ☐ Injury Code  ☐ Driver  ☐ Passenger  ☐ Pedestrian  ☐ Seating Code

(2) __None__ _____ _____   ____ ____ ____ ____ ____
    First   M.I.   Last       Race Sex Age D.O.B. Soc. Sec. #

Home Phone _____ Bus. Phone _____ Transported to _____ Transported by _____

**WITNESS(ES)**

(1) Name __None Identified/Interviewed__   Home Address _____

Home Phone _____ Bus. Phone _____ D.O.B. _____ Soc. Sec.#/I.D.# _____

(2) Name _____   Home Address _____

Home Phone _____ Bus. Phone _____ D.O.B. _____ Soc. Sec.#/I.D.# _____

**ADDITIONAL INFORMATION:** [Injured Person(s), Passenger(s), Witness(es), ...Etc.]

| VEH# | NAME | HOME ADDRESS | HOME PHONE | BUS. PHONE | INJURY CODE | SEAT CODE |
|---|---|---|---|---|---|---|
|  |  |  |  |  | ☐ | ☐ |
|  |  |  |  |  | ☐ | ☐ |
|  |  |  |  |  | ☐ | ☐ |
|  |  |  |  |  | ☐ | ☐ |
|  |  |  |  |  | ☐ | ☐ |
|  |  |  |  |  | ☐ | ☐ |

1.
2.
3.

Assigned Officer: __POI F.M. Camacho__   I.D. No. __590__

**ASSIGNED PRECINCT:** ☐ NPC  ☑ CPC  ☐ SPC  ☐ OTHER _____

Supervisor Approving: __POIII A.J. Caldwell__   I.D. No. __#360__

**CASE STATUS:** ☐ OPEN  ☐ SUSPENDED  ☑ CLOSED

**Forwarded To:** ☐ TRAFFIC INVESTIGATIONS  ☐ SPECIAL INVESTIGATIONS  ☐ ATTORNEY GENERAL
☐ CRIMINAL INVESTIGATIONS  ☐ JUVENILE INVESTIGATIONS  ☐ OTHER _____

GPD FORM 4 (REV. AUG '93) PREVIOUS EDITIONS OBSOLETE

## CHEMICAL TESTS

1/3   2/4   Pedestrian

| 1/3 | 2/4 | | | | |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ Blood Narcotics Results ___ | Where Tested ___ | Time ___ | By Whom ___ |
| ☐ | ☐ | ☐ Blood Alcohol Results ___ | Where Tested A) | Time ___ | By Whom ___ |
| ☐ | ☐ | ☐ Urine Alcohol Results ___ | Where Tested ___ A | Time ___ | By Whom ___ |
| ☐ | ☐ | ☐ Breath Alcohol Results ___ | Where Tested ___ | Time ___ | By Whom ___ |
| ☐ | ☐ | ☐ Field Sobriety Results ___ | Where Tested ___ | Time ___ | By Whom ___ |
| ☐ | ☐ | ☐ Other ___ | Where Tested ___ | Time ___ | By Whom ___ |

## VEHICLE MANEUVER
☒/3   ☒/4

- ☐ ☐ Going Straight
- ☐ ☐ Turn Right to Private Drive
- ☐ ☐ Turning Left to Street
- ☐ ☐ Turning Left to Private Drive
- ☐ ☐ Slowing or Stopped for Signal or Sign
- ☐ ☐ Slowing or Stopped for Entering Traffic
- ☐ ☐ Slowing or Stopped Other
- ☐ ☒ Starting in Traffic
- ☐ ☐ Starting from Parked Position
- ☒ ☐ Stopped in Traffic Lane
- ☐ ☐ Parked Unattended
- ☐ ☐ Backing from Drive Way
- ☐ ☐ Backing from On-Street Parking Space
- ☐ ☐ Entering from Private Roadway
- ☐ ☐ Changing Lanes
- ☐ ☐ Passing
- ☐ ☐ Other ___

## WERE SEATBELTS IN USE?
☒/3   ☒/4

- ☒ ☒ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

## TYPE OF ACCIDENT
- ☐ Right Angle
- ☐ Sideswipe (Same Direction, Opposite Direction)
- ☐ Head On
- ☒ Rear End
- ☐ Turning from Wrong Lane
- ☐ Left Turn (Opposing Traffic)
- ☐ Left Turn (Crossing Traffic)
- ☐ Right Turn (Crossing Traffic)
- ☐ Object on Roadway
- ☐ Pedestrian
- ☐ Other ___

## MOTORCYCLE HELMET IN USE?
1/3   2/4

- ☐ ☐ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

## CONDITION OF DRIVER(S) OR PEDESTRIAN(S)
☒/3   ☒/4   Pedestrian

- ☒ ☒ Apparently Normal
- ☐ ☐ Physically Handicapped
- ☐ ☐ Wearing Glasses
- ☐ ☐ Illness
- ☐ ☐ Had Not Been Drinking
- ☐ ☐ Had Been Drinking, and
- ☐ ☐ Ability Impaired
- ☐ ☐ Ability Not Impaired
- ☐ ☐ Unknown Whether Impaired
- ☐ ☐ Other ___

## WEATHER CONDITIONS
- ☒ Clear
- ☐ Cloudy
- ☐ Rainy
- ☐ Storm
- ☐ Typhoon
- ☐ Other ___

## ROAD DEFECTS
- ☐ Defective Shoulders
- ☐ Holes, Deep Ruts
- ☐ Loose Material on Surface
- ☒ No Defects
- ☐ Other ___

## LIGHT CONDITIONS
- ☐ Dawn
- ☒ Daylight
- ☐ Dusk
- ☐ Dark (Street Lights Off)
- ☐ Dark (Street Lights On)
- ☐ Dark (No Street Lights)

## ROAD SURFACE
- ☒ Asphalt
- ☐ Concrete
- ☐ Dirt/Sand
- ☐ Gravel

## ROAD CONDITIONS
- ☒ Dry
- ☐ Wet
- ☐ Muddy
- ☐ Unknown
- ☐ Other ___

## CONTRIBUTING FACTORS
☒/3   ☒/4

- ☐ ☐ Failure to Yield
- ☐ ☐ Following too Closely
- ☐ ☐ Improper Passing
- ☐ ☐ Improper Turn
- ☐ ☐ Drinking
- ☐ ☐ Speeding
- ☐ ☐ Weather (Inclement)
- ☐ ☐ Disregard Stop Sign
- ☐ ☐ Disregard Signal
- ☐ ☐ Wrong Side of Road
- ☒ ☐ Inattention
- ☐ ☐ Avoiding Vehicle, Pedestrian, Object
- ☐ ☐ Vision Obstructed
  - By ___
- ☐ ☐ Unknown
- ☐ ☐ Other ___

## TRAFFIC CONTROLS
☒/3   ☒/4

- ☐ ☐ No Control
- ☒ ☒ Stop Sign
- ☐ ☐ Traffic Signal
- ☐ ☐ Flashing Signal
- ☐ ☐ Yield Sign
- ☐ ☐ Police Officer
- ☐ ☐ Flagman
- ☐ ☐ No Passing Zone
- ☐ ☐ Other ___

## ROAD CHARACTER (Check Two)
☒/3   ☒/4

- ☐ ☐ Curve
- ☒ ☒ Straight
- ☐ ☐ Upgrade
- ☐ ☐ Downgrade
- ☐ ☐ Hill Crest
- ☒ ☒ Dip
- ☐ ☐ Level
- ☐ ☐ Other ___

## ROAD TYPE
☒/3   ☒/4

- ☒ ☒ One Lane
- ☐ ☐ Two Lanes
- ☐ ☐ Three Lanes
- ☐ ☐ Four Lanes
- ☐ ☐ One Way
- ☐ ☐ Merging Lanes
- ☐ ☐ W/Median Lanes
- ☐ ☐ Lanes Under Construction
- ☐ ☐ Other ___

## VEHICLE CONDITION (Check one or more)
☒/3   ☒/4

- ☐ ☐ Defective Brakes
- ☐ ☐ Improper Lights
- ☐ ☐ Defective Steering Mechanism
- ☐ ☐ Defective Tires
- ☒ ☒ No Defects
- ☐ ☐ Tinted Windows
- ☐ ☐ Other ___

## PEDESTRIAN

Was Going ___   ☐ On ___   ☐ Across From ___ To ___
    Direction (N.S.E.W.)    Street, Hwy No.    (S.E. Corner to N.E. Corner, or West Side to East Side)

- ☐ Crossing at Intersection with Signal
- ☐ Same - Against Signal
- ☐ Same - No Signal
- ☐ Same - Diagonally
- ☐ Crossing not at Intersection
- ☐ Coming from behind Parked Cars
- ☐ Other ___

- ☐ Walking on Roadway (Check Two)
- 1 With Traffic    3 Sidewalks Available
- 2 Against Traffic    4 Sidewalks Not Available
- ☐ Standing in Safety Zone
- ☐ Getting on or off Other Vehicle
- ☐ Pushing or Working on Vehicle

- ☐ Working on Roadway
- ☐ Playing on Roadway
- ☐ Hitching on Vehicle
- ☐ Not in Roadway (Explain)
- ☐ Yes ☐ No Were Crosswalks Marked?
- ☐ Yes ☐ No Was Pedestrian Inside Markings?
- ☐ Yes ☐ No Extensions of Sidewalk Lines?

**SHADE ARROW TO INDICATE NORTH**
TO SCALE: ☐ Yes ☑ No

Note: position of vehicle's upon my arrival.

To Agana

Route 8, Maite

From Barrigada

Damages

Central Ave., Tiyan

| SCENE MEASUREMENTS | | | | |
|---|---|---|---|---|
| DESCRIPTION | N | S | E | W |
| | | | | |

N
A

☐ COORDINATION METHOD
☐ TRIANGULATION METHOD
☐ OTHER _____

Synopsis: Veh.1 was at a stop position facing south on Central Ave., Tiyan by Route 8 when Veh.2 directly behind veh.1 conducted a unsafe start and collided with Veh.1.

Assigned Officer: POI F.M. Camacho    I.D. No. 590
Supervisor Approving: POIII A.J. Caldwell    I.D. No. ¥360

**ASSIGNED PRECINCT**
☐ NPC ☑ CPC ☐ OTHER _____

**CASE STATUS**
☐ OPEN ☐ SUSPENDED ☑ CLOSED

Forwarded To:
☐ TRAFFIC INVESTIGATIONS   ☐ SPECIAL INVESTIGATIONS   ☐ ATTORNEY GENERAL
☐ CRIMINAL INVESTIGATIONS  ☐ JUVENILE INVESTIGATIONS  ☐ OTHER _____




| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>U. S. Department of the Navy<br>U. S. Department of Justice<br>C/O U. S. Navy Legal Service Office, Guam<br>U. S. Naval Station, Guam | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br>George S. HARTMAN<br>116 PMB, 415 Chalan San Antonio<br>Tamuning, Guam 96913 | |

| 3. TYPE OF EMPLOYMENT<br>XXXXX CIVILIAN | 4. DATE OF BIRTH<br>4/23/47 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>4/22/01  Sunday | 7. TIME (A.M. OR P.M)<br>4:40 p. m. |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)* On 4/22/01 I was operating a 1998 Toyota Sienna Guam License Plate No. 7939 PDE and while I was at a stopped position facing south on Central Avenue, by Route 8, Tiyan, Guam when Edward Bayron an INS employee who was operating a 1990 Dodge Ram, License Plate No. J-13104 was directly behind me conducted an unsafe start and struck my vehicle on the rear. Mr. Bayron was verbally warned by the police investigating officer for unsafe starting, a violation of 16 G. C. A. Sec. 3323. The Dodge Ram is owned by the U. S. government(U. S. Navy). See attached Police Report, Case No. 01-06208.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)* ( filing separate claim ) (17 APR 03)
Linda M. Hartman, 116 PMB, 415 Chalan San Antonio, Tamuning, Guam 96913

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side)* See attached Hoffman Automotive Sales & Service INvoice No. HAS-0129 describibg the damage and the costs & labor to repair it.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT Moderate to severe constant headaches, neck, arm, midback and low back pains immediately after the accident; whiplash strain/sprain, whiplash injury to cervical spine, subluxation complex of the cervical spine, thoracic spine and lumbar spine.

11. WITNESSES

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| None identified except for claimant's wife, Linda M. Hartman who was a passenger in my Vehicle (1). | 116 PMB, 415 Chalan San Antonio Tamuning, Guam 96931 |

12. *(See instructions on reverse)* AMOUNT OF CLAIM *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| Claimed by Linda M. Hartman | $ 52,786.30 | n/a | $ 52,786.30 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory<br>(671) 477-6869 | 14. DATE OF CLAIM<br>4/14/03 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)* |
|---|---|

95-108    NSN 7540-00-634-4046
Previous editions not usable

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# EXHIBIT "B"

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. No

No; also the vehicle involved in the motor vehicle accident is owned by my wife Linda M. Hartman who is filing a separate claim. The vehicle is insured with QBE Insurance ( International ) Ltd. 647 Harmon Loop Road, Para Oceana Business Center, Suite 216, Dededo, Guam 96929

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

No

17. If deductible, state amount

n/a

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

No claim has been filed with QBE Insurance (International ) Ltd.

19. Do you carry public liability and property damage insurance? Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) No

n/a

No

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175




| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| U. S. Department of the Navy<br>U. S. Department of Justice<br>C/O U. S. Navy Legal Service Office, Guam<br>U. S. Naval Station, Guam | Linda M. HARTMAN<br>116 PMB, 415 Calan San Antonio<br>Tamuning, Guam 96913 |

| 3. TYPE OF EMPLOYMENT<br>XXXXXX CIVILIAN | 4. DATE OF BIRTH<br>5/3/52 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>4/22/01 Sunday | 7. TIME (A.M. OR P.M)<br>4:40 p. m. |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)* On 4/22/01 I was a passenger in a 1998 Toyota Sienna, Guam License Palte No. 7939 PDE operated by my husband George Hartman and while we were at a stopped position facing south on Central Avenue, by Route, Tiyan , Guam, when Edward Bayron, an INS employee who was operating a 1990 Dodge Ram, License Plate No. J-13104 who was directly behind our vehicle conducted an unsafe start and struck the rear of our vehicle. Mr. Bayron was verbally warned by the police investigating officer for unsafe startin, a violation of 16 G. C. A. Sec. 3323. The Dodge Ram is owned by the U. S. government, c/o U. S. Navy. See attached Police Report, Case No. 01-06208.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*
Linda M. Hartman, 116 PMB, 415 Chalan San Antonio, Tamuning, Guam 96913

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side)* See attached Hoffman Automotive Sales and Service Invoice No. HAS-0129 describing the vehicle damage and the costs and labor to repair it.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT Moderate to severe neck, midback, and low back pain along with chest pain & continuous plus extension neuralgia into upper & lower extremeties, left frozen shoulders; whiplash type sprain/strain injury to upper body including cervical spine, thoracic spine, lumbar spine, pelvis & rib cage w/ a concomitant subluxation complex of those areas.

11. WITNESSES

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| none identified except for claimant's husband George Hartman, operator of Vehicle 1 | 116 PMB, 415 Chalan San Antonio Tamuning, Guam 96913 |

12. *(See instructions on reverse)* AMOUNT OF CLAIM *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| $ 381.84 | $ 53,776.36 | n/a | $ 54,158.20 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory<br>(671) 477-6869 | 14. DATE OF CLAIM<br>4/14/03 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)* |

95-108
Previous editions not usable
NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# Exhibit "B"

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,
to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. No

QBE Insurance (International) Limited, 647 Harmon Loop Road
Para Oceana Business Center, Suite 216, Dededo, Guam 96929;  **Policy No. 3903**

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| **No** | **n/a** |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

**No claim filed with QBE**

19. Do you carry public liability and property damage insurance? Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) No

**No, except for my car insurance with QBE ( International) Insurance , Ltd.
647 Harmon Loop Road, Para Oceana Business Center, Suite 216
Dededo, Guam 96913**

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175



**DEPARTMENT OF THE NAVY**
NAVAL LEGAL SERVICE OFFICE SOUTHWEST
3085 DOLPHIN ALLEY, BUILDING 265
SAN DIEGO, CALIFORNIA 92136-5187



RECEIVED

SEP 29 2003

BERMAN O'CONNOR
MANN & SHKLOV

5890
Ser 351/ 3855
September 19, 2003

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

BERMAN O'CONNOR MANN & SHKLOV
ATTN: Michael J. Berman, Esq.
111 Chalan Santo Papa
Hagatna, GU 96910

Dear Mr. Berman:

SUBJECT: CLAIMANTS GEORGE S. HARTMANN AND LINDA M. HARTMANN, OUR CLAIMS 30544, 30544A

This is in reference to the administrative claim filed by you as attorney for George S. Hartmann, Claim 30544, in the amount of $52,786.3 in personal injury, and the related administrative claim filed by you as attorney for Linda M. Hartmann, Claim 30544A, in the total amount of $54,158.20, including $381.84 in property damage and $53,776.36 in personal injury to Ms. Hartmann, arising from a motor vehicle accident on Central Avenue, near Route 8, Tiyan, Guam on April 22, 2001.

The Naval Legal Service Command Guam (the Department of the Navy) did not receive the claim until April 17, 2003. Unfortunately for your clients, you allege that the government driver, Edward Bayron, was an INS employee. The Department of the Navy is not liable for the employees of another Agency. At the time of the incident, INS was part of the Department of Justice. Now, Mr. Bayron's position may be part of the Department of Homeland Security. Neither Agency received the claims within two years of the alleged incident. The statute of limitations, 28 U.S.C. 2401(b), bars the claims against those Agencies.

Accordingly, the administrative claims are denied.

If you choose to file suit, it must be filed in the appropriate U.S. District Court within six months of the date this letter was mailed. Failure to file suit within the six-month period will result in another reason for the claims being forever barred.

Sincerely,

WILLIAM P. HOVELL
Tort Claims Officer

**EXHIBIT "C"**