# UNITED STATES DISTRICT COURT

District of **G U A M**

FILED
DISTRICT COURT OF GUAM
DEC 30 2003
MARY L. M. MORAN
CLERK OF COURT

George S. Hartman and
Linda M. Hartman,
        Plaintiffs,

V.

United States of America,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00041**

TO: (Name and address of Defendant)

Defendant United States of America
c/o United States Attorney, Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagatna, Guam 96910

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Berman, Esq.
Berman O'Connor Mann & Shklov, Attorneys at Law
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **sixty (60)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK  *Mary L. M. Moran* (signature)
(By) DEPUTY CLERK

DATE December 4, 2003

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/18/03 |
| NAME OF SERVER (PRINT) ROBERT J. SCRUGGS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: U.S. ATTORNEY'S OFFICE (5TH FLOOR) #108 HERMAN CORTEZ ST., HAGATNA, GUAM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/03
Date

Signature of Server

P.O. BOX 5156, HAGATNA, GUAM 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.