

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN and LINDA M. HARTMAN, | CIVIL CASE NO. 03-00041 |
| Plainitffs, | |
| vs. | ANSWER OF THE UNITED STATES |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

THE UNITED STATES, Defendant herein, submits its answer to the Complaint as follows:

1. This Paragraph sets forth jurisdictional allegations to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are DENIED.

2. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, DENIES.

3. Information is in sole possession of the Plaintiffs. To the extent an answer is necessary, DENIES.

| | | |
|---|---|---|
| 1 | 4. | ADMITS. |
| 2 | 5. | ADMITS. |
| 3 | 6. | DENIES. |
| 4 | 7. | DENIES. |
| 5 | 8. | DENIES. |
| 6 | 9. | DENIES. |
| 7 | 10. | DENIES. |
| 8 | 11. | DENIES. |
| 9 | 12. | DENIES. |
| 10 | 13. | DENIES. |
| 11 | 14. | DENIES |

15. ADMITS to claim submitted to U.S. Department of the Navy; DENIES service on the U.S. Department of Justice.

16. ADMITS.

17. DENIES.

The paragraph beginning with "WHEREFORE" sets forth Plaintiffs prayer for relief to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are DENIED. All allegations not specifically responded to above are DENIED. AND FURTHER answering, Defendant avers:

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSES

Defendant denies that it owed Plaintiffs any duty under law; that any of its agents or employees were negligent and/or breached any standard of care due the Plaintiffs and/or

2

engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs claim is diminished or completely barred by Guam law regarding comparative/contributory negligence.

## THIRD AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

**WHEREFORE**, having fully answered all counts of the Complaint, Defendant prays that Plaintiffs take nothing by way of their Complaint against it, that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Cour deems appropriate in this case.

RESPECTFULLY submitted this 18th day of February 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by personal service a copy of the "Answer of the United States", in Civil Case No. 03-00041, <u>George S. Hartman and Linda M. Hartman v. United States</u>, to the following attorney of record:

> MICHAEL J. BERMAN
> Berman, O'Connor, Mann, & Shklov
> Suite 501, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

Dated: February 18, 2004

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant