BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

FILED
DISTRICT COURT OF GUAM
FEB 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, ET AL., | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, THOMAS BARRETT-ANDERSON, do hereby certify that on February 24, 2004, I caused to be served the PLAINTIFFS' FRCP 26(a)(1) DISCLOSURES to the following:

**VIA HAND-DELIVERY**

Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated this 24 day of February, 2004.

BY: _____
THOMAS BARRETT-ANDERSON

E:\Jean\Plds\2782.wpd