BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| GEORGE S. HARTMAN, ET AL., | ) | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | ) | |
| vs. | ) | ~~PROPOSED~~ SCHEDULING ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties submit the following Scheduling Order.

1. The nature of the case is as follows: This is a Federal Tort Claim action. Plaintiffs seek damages, alleging that they sustained personal injuries and property damage in a traffic accident.

2. The posture of the case is as follows:

    A. The following motions are on file: None.

    B. The following motions have been resolved: None.

    C. The following discovery has been initiated: No formal discovery has been initiated yet.

3. All motions to add parties and claims shall be filed on or before: Friday, May 7, 2004.

4. All motions to amend pleadings shall be filed on or before: Friday, June 11, 2004.

E:\Jean\Plds\2734.wpd

5. Status of Discovery: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order. Discovery has not yet commenced. The parties anticipate discovery in accordance with the discovery plan.

6. ~~The parties shall appear before the District Court on Wednesday, March 3, 2004, at 3:00 p.m. for the Scheduling Conference.~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: August 27, 2004.

8. (a) The anticipated discovery motions are: None at this time.

All discovery motions shall be filed on or before Friday, September 24, 2004 and heard on or before Friday, October 22, 2004.

(b) The anticipated dispositive motions are: None at this time.

All dispositive motions shall be filed on or before Friday, September 24, 2004 and heard on or before Friday, October 22, 2004.

9. The prospects of settlement are: Unknown at this time.

9.1. Trial briefs shall be filed on or before Friday, October 29, 2004.

10. The Preliminary Pretrial Conference shall be held on November 8, 2004, at __3:00__ p.m. [time to be set by the Court].

11. The parties' discovery material designations, witness lists, and exhibit lists shall be filed on or before Monday, November 22, 2004.

12. The Proposed Pretrial order shall be filed on or before Monday, November 15, 2004.

13. The Final Pretrial Conference shall be held on Monday, November 29, 2004, at

E:\Jean\Plds\2734.wpd

__3:00__ p.m. [time to be set by the Court]. All materials required or allowed by LR 16.7(f) and LR 16.7(g) shall be filed on or before November 29, 2004.

14. The trial shall be held on the Monday, December 6, 2004, at 9:30 a.m.

15. The trial is a non-jury trial.

16. It is anticipated that it will take four days to try this case.

17. The names of counsel in this case are: Seth Forman of Berman O'Connor Mann & Shklov for the Plaintiffs; and Assistant U.S. Attorney Mikel W. Schwab for Defendant United States.

18. The parties wish to submit this case to a settlement conference in the summer of 2004 after initial discovery is completed.

19. The parties present the following suggestions for shortening trial: None at this time. Stipulations are being explored that will shorten trial.

20. The following issues will also affect the status or management of the case: Plaintiffs and some of their medical care providers reside off-island.

Date: MAR 0 3 2004

HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

E:\Jean\Plds\2734.wpd

**RECEIVED**
FEB 20 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

GEORGE S. HARTMAN, ET AL. V. UNITED STATES OF AMERICA  CIV03-00041
PROPOSED SCHEDULING ORDER                              PAGE  4

**APPROVED AS TO FORM AND CONTENT:**

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Plaintiffs

DATE: 2/20/04          BY: *Seth Forman*
                           **SETH FORMAN**

**LEONARDO M. RAPADAS**
United States Attorney
District of Guam & CNMI

DATE: 2/20/04          BY: *[signature]*
                           **MIKEL W. SCHWAB**
                           Assistant U.S. Attorney

E:\Jean\Plds\2734.wpd

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
GEORGE S. HARTMAN, ET AL.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, ET AL., | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ DISCOVERY PLAN ✓ |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to FRCP 26(f) and LR 16.1, the parties submit the following proposed discovery plan.

1. The FRCP 26(f) conference took place on February 11, 2004.

2. FRCP 26(a)(1) disclosures shall be made on or before Friday, March 5, 2004.

3. Initial FRCP 26(a)(2) disclosures of expert witnesses shall be made on or before Friday, June 18, 2004.

4. FRCP 26(a)(2) rebuttal disclosures shall be made on or before Monday, July 19, 2004.

5. FRCP 26(a)(3)(A), (B) and (C) disclosures shall be made on or before Friday, October 29, 2004.

6. FRCP 26(a)(3) objections shall be filed and served on or before Friday, November 12, 2004.

E:\Jean\Plds\2735.wpd

7. It is difficult for the parties to set forth a precise schedule for discovery at this early stage. It is tentatively planned that discovery will be conducted in three phases, as follows:

A. Written discovery (interrogatories, requests for production, request for admission) to be completed by early June 2004. Additional written discovery may be conducted if the need becomes apparent during the course of discovery.

B. Depositions of witnesses located on Guam in June and July of 2004. It is anticipated that these witnesses will include treating health care providers, and any eyewitnesses to the accident (including defendant's employee who was involved in the accident.) Local witnesses may be deposed at other times if summer travel plans cause scheduling problems, or if counsel are prepared for such depositions before June 2004.

C. Depositions of off island witnesses in July and August of 2004. It is anticipated that these witnesses will include Plaintiffs, some of their health care providers, and possible expert witnesses. These depositions may be held earlier if this would accommodate travel schedules.

///

///

///

E:\Jean\Plds\2735.wpd

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Plaintiffs

DATE: 2/20/04       BY: *Seth Forman*
                         **SETH FORMAN**

**LEONARDO M. RAPADAS**
United States Attorney
District of Guam & CNMI

DATE: 2/20/04       BY: *[signature]*
                         **MIKEL W. SCHWAB**
                         Assistant U.S. Attorney

E:\Jean\Plds\2735.wpd