```
 1  BERMAN O'CONNOR MANN & SHKLOV
    Suite 503, Bank of Guam Building
 2  111 Chalan Santo Papa
    Hagåtña, Guam  96910
 3  Telephone (671) 477-2778
    Facsimile (671) 477-4366
 4
```

 5  Attorneys for Plaintiffs:
    *GEORGE S. HARTMAN, ET AL.*
 6

 7
                    IN THE DISTRICT COURT OF GUAM
 8

 9  GEORGE S. HARTMAN, ET AL.,      )   CIVIL CASE NO. CIV03-00041
                                    )
10              Plaintiff,          )
                                    )
11      vs.                         )   **PLAINTIFF'S FRCP 26(a)(3)**
                                    )   **DISCLOSURES**
12  UNITED STATES OF AMERICA,       )
                                    )
13              Defendant.          )
                                    )
14  ────────────────────────────────

15      Pursuant to FRCP 26(a)(3), plaintiffs George S. Hartman and Linda M. Hartman make the

16  following pretrial disclosures.

17

18      **(A)**    **–Witnesses whom plaintiffs expects to present**

19          George S. Hartman, plaintiff

20          Linda M. Hartman, plaintiff

21          Custodian of records, Guam Memorial Hospital Authority

22          Officer F.M. Camacho, Guam Police Department

23          Dr. Thomas R. Klosinski

24          Custodian of records, PMC Isla Health System

25          Lucio Danis, massage therapist, Weno, Chuuk

26

E:\Kuuipo\plds\sf\hartman26a.wpd

Lily Eram, massage therapist, Weno, Chuuk

Representative, Hoffman Automotive Sales & Service, Inc., Tamuning, Guam

**–Witnesses whom plaintiffs may call if the need arises**

Edward Bayron, U.S. Immigration and Naturalization Services

**(B)** **–Witnesses whose testimony is expected to be presented by means of deposition**

None at this time. If Lucio Danis and/or Lily Eram are unable to travel to Guam to testify at trial, plaintiffs may seek to take the deposition of one or both of them to preserve their testimony for trial.

**(C)** **–Documents plaintiffs expect to offer**

Guam Police Department Traffic Accident Report, Case 01-06208

George S. Hartman Claim for Damage, Injury or Death (Standard Form 95, Rev. 7-85)

Linda M. Hartman Claim for Damage, Injury or Death (Standard Form 95, Rev. 7-85)

Records, report and billing statements of Dr. Klosinski for treatment of George Hartman

Records, report and billing statements of Dr. Klosinski for treatment of Linda Hartman

GMHA records and billing statements for treatment of Linda Hartman

Records and billing statements of PMC Isla Health System for treatment of George Hartman

Hoffman Automotive Sales & Services, Inc. Invoice No. HAS-0129

**–Documents plaintiff may offer if the need arises**

Edward Bayron Memorandum to Robert Bean, 4/22/01

Lee's Auto Service estimate re: defendant's vehicle.

E:\Kuuipo\plds\sf\hartman26a.wpd

As noted in the plaintiffs' trial brief, plaintiffs and their counsel are continuing to search for certain documents, and may seek to amend the above lists.

Dated this 26 day of October, 2004.

Respectfully submitted,

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Plaintiffs

BY: *Seth Forman*
**SETH FORMAN**

E:\Kuuipo\plds\sf\hartman26a.wpd