FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
Attorneys for the United States of America

DISTRICT COURT OF GUAM
FILED
NOV -8 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al. | CIVIL CASE NO. 03-00041 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on the 8TH day of November 2004, I caused to be served by personal service, a copy of the "Trial Brief of the United States" in the above entitled caption to:

Seth Forman
Attorney at Law
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

BY: *Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant