DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00041**   **DATE: 11/08/2004**   **TIME: 3:03 p.m.**

**CAPTION: GEORGE S. HARTMAN, ET AL - vs - UNITED STATES OF AMERICA**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 3:03:04 - 3:22:43

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: Frank Tenorio

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**
SETH FORMAN

**COUNSEL FOR DEFENDANT(s):**
MIKEL SCHWAB

***

**PROCEEDINGS:**   **PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties discussed moving the trial date to December 14, 2004 at 9:30 a.m. Parties had no objections to the new trial date. Accordingly, the Court set the following hearing dates and deadlines: Final Pretrial Conference will be on December 7, 2004. Proposed PreTrial Order due on November 30, 2004 and trial documents due on December 7, 2004.

Mr. Schwab informed the Court that settlement is dependant upon determining the jurisdiction issue. The Court instructed the Government to file their motion by November 12, 2004; Response due on November 16, 2004; and Reply due on November 18, 2004 The Court set the matter for hearing on November 23, 2004 at 9:00 a.m.

COURTROOM DEPUTY: ____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00041.wpd

END TIME: 3:22 p.m.