ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al., | CIVIL CASE NO. 03-00041 |
| Plaintiff, | |
| vs. | **FED.R.CIV.P. 26(a)(3)** |
| UNITED STATES OF AMERICA, | **DISCLOSURES OF THE UNITED STATES** |
| Defendant. | |

Pursuant to Fed.R.Civ.P 26(a)(3), the United States makes the following disclosures. The disclosures are made late because the United States discovered that the United States Navy would not be participating in the case. The Department of Homeland Security has subsequently been consulted and is the appropriate agency in this case.

(A) **-Witnesses whom the United States expects to present.**

Edward Bayron, Department of Homeland Security.

**-Witnesses whom plaintiffs may call in the need arises.**

No rebuttal witnesses are anticipated.

(B) **-Witnesses whose testimony is expected to be presented by means of deposition**

None.

(C) **-Documents the United States expects to offer**

Guam Police Department Traffic Accident Report, Case 01-06208

**- Documents the United States may offer if the need arises**

Edward Bayron Memorandum to Robert Bean, 4/22/01

Plaintiffs have indicated that certain documents are being sought. The United States will continue to cooperate with the efforts to collect more documentation about the present medical condition of Plaintiffs.

Submitted this 12th day of November, 2004.

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Fed.R.Civ.P. 26(a)(3) Disclosures of the United States" and "Withdrawal of Objection; Requesting for Settlement Conference", in Civil Case No. 03-00041, <u>George S. Hartman, et al v. United States of America</u>, was served by personal service to the following attorney of record:

Seth L. Forman
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

Dated: November 12, 2004

*[signature]*
FRANCES B. LEON-GUERRERO
Legal Assistant