ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al., | CIVIL CASE NO. 03-00041 |
| Plaintiff, | |
| vs. | **WITHDRAWAL OF OBJECTION; REQUEST FOR SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States hereby **withdraws** its objection to Plaintiff's failure to file an administrative claim with the appropriate federal agency, Immigration and Customs Enforcement, Department of Homeland Security (DHS) (formerly the Immigration & Naturalization Service) pursuant to 28 CFR § 14.2(b)(1). The administrative claim was filed with the U.S. Navy, which rejected the claim due to statute of limitations and informed plaintiffs of the defect.

The objection was raised in the Trial Brief of the United States and the Court gave a briefing schedule for the issue to be presented to the Court. The United States has now contacted the appropriate agency, DHS, and the agency, although no administrative claim was filed at the agency, is willing to go forward. The United States does request the continued good will and indulgence of the plaintiff and the Court as the DHS steps in for

the United States Navy and catches up.

The United States believes that the prospects for settlement are greatly increased with the inclusion of the correct agency. The United States requests the assistance of the Court in scheduling a settlement conference with the parties in the hope that agreement on the sole issue of valuation can be reached prior to trial.

Submitted this 12th day of November, 2004.

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney