```
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam  96910
Telephone (671) 477-2778
Facsimile (671) 477-4366
```

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| GEORGE S. HARTMAN, ET AL., | ) | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFFS' EXHIBIT LIST** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to LR 16.7(d)(3), plaintiffs submit the following exhibit list. All exhibits listed below were listed on page 2 of plaintiffs' FRCP 26(a)(3) disclosures, filed herein on October 27, 1994, with two exceptions. Linda Hartman's PMC records were provided to defendant, but were inadvertently not listed in the FRCP 26(a)(3) disclosure. The table of property damage and medical expenses is a compilation of previously identified exhibits, plus figures from affidavits from expected witnesses from Chuuk which have been previously provided to defendant.

Plaintiff's Exhibits

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | GMHA Emergency Room Records for Linda Hartman | | |
| 2 | GMHA Statement for Linda Hartman | | |

E:\Kuuipo\plds\sf\hartman.exhibitlist.wpd

GEORGE S. HARTMAN, ET AL. V. UNITED STATES OF AMERICA  CIV03-00041
PLAINTIFFS' EXHIBIT LIST  PAGE 2

| | |
|---|---|
| 3 | PMC Statement for Linda Hartman |
| 4 | PMC Statements for George Hartman |
| 5 | Dr. Klosinski records, including statement and report, for Linda Hartman |
| 6 | Dr. Klosinski records, including statement and report, for George Hartman |
| 7 | Hoffman Automotive Invoice HADS-0129 |
| 8 | Table of Property Damage and Medical Expenses |

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Plaintiffs

Dated: 11/29/04     BY: _Seth Forman_
                        **SETH FORMAN**

E:\Kuuipo\plds\sf\hartman.exhibitlist.wpd