BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, ET AL., | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S WITNESS LIST** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to LR 16.7(d)(1), plaintiffs list the following witnesses who may be called at trial for purposes other than impeachment or rebuttal. All persons or entities listed below were included on pages 1-2 of plaintiffs' FRCP 26(a)(3) disclosures, filed herein on October 27, 2004.

1. George S. Hartman, plaintiff, c/o plaintiff's counsel

2. Linda M. Hartman, plaintiff, c/o defendants' counsel

3. Custodian of records, Guam Memorial Hospital Authority, 850 Governor Carlos G. Camacho St., Oka, Tamuning, Guam 96913, 647-233

4. Dr. Thomas R. Klosiniski, Guam Polyclinic, 138 Ypao Rd., Tamuning, Guam 96911, 649-0545 Date, BOMS signature block for SF

5. Custodian of Records, PMC Isla Health System, 177-C, Chalan Pasaheru, Tamuning, Guam 96911, 647-6201

E:\Kuuipo\plds\sf\hartman.26a.wpd

6. Lucio Danis, Weno, Chuuk

7. Lily Eram, Weno, Chuuk

8. Designated representative or custodian of records, Hoffman Automotive Sales & Service, Inc., 167A ET Calvo Memorial Parkway, Tamuning, Guam 96911, 649-1339

9. Officer F.M. Camacho, c/o Guam Police Department

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Plaintiffs

BY: *Seth Forman* 11/29/04
**SETH FORMAN**

E:\Kuuipo\plds\sf\hartman.26a.wpd