BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, ET AL., | CIVIL CASE NO. CIV03-00041 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S DISCOVERY MATERIAL DESIGNATIONS** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to LR 16.7(d)(2), plaintiffs give notice that they do not designate any discovery materials for use at trial.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs: *GEORGE S. HARTMAN and LINDA M. HARTMAN*

Date: 11/29/04

BY: *Seth Forman*
**SETH FORMAN**

E:\Kuuipo\plds\sf\hartman.disc.des.wpd