# ORIGINAL

Hartman stip waiver

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al., )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | CIVIL CASE NO. 03-00041<br><br>**STIPULATION OF WAIVER OF ANY CHALLENGE TO THE TRIAL JUDGE ACTING AS THE SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 16.6 (a)** |

Pursuant to Local Rule 16.6(a), the parties, by and through their respective counsel of record, hereby stipulate and agree that the parties waive, for the purpose of the above-captioned case, any objection to the Trial Judge, Magistrate Judge Joaquin V.E. Manibusan, Jr., that may arise as result of the Trial Judge actively participating in the trial settlement negotiations of the parties. The parties further stipulate that the parties have requested the Trial Judge to assist them in attempting to negotiate a settlement of the

disputed issues and facts of this case. The parties being represented by counsel, having been fully informed of the potential for a challenge for cause against the Trial Judge, because of the Trial Judge's participation in pretrial negotiations between the parties, hereby waive such challenge for cause against the Trial Judge. The parties have been made aware that the Trial Judge, acting as a facilitator to assist the parties in reaching a negotiated settlement to this case, will be made aware of the relative positions of the parties, that he will be made aware of the relative factual and legal positions of the parties, that he will evaluate the legal and factual positions of the parties, that he will be aware of facts or potential evidence which may be objectionable at trial, that should the parties not reach a negotiated settlement that the Trial Judge will, as is his duty to do, not permit any information obtained during the pretrial settlement negotiations to affect his ability to make fair and impartial decisions and rulings at trial, be the decisions factual or legal in nature. Further, the parties hereby stipulate and agree that neither party will object to the Trial Judge on the basis of bias, or any claim of any preconceived decisions or opinions based solely or in part on any comment, decision, or argument formulated or presented by the parties or the Judge during pretrial negotiations. Further, the parties stipulate and agree that the Trial Judge has fully informed both parties as to the issues that will be tried by the Court without jury and those issues which may require a jury if either party so requests, knowing said issues, the parties specifically request the Trial Judge to actively participate in settlement negotiations as a "settlement judge" and further if negotiations fail to continue as the Trial Judge to determine those factual and legal issues which may be tried by the Court.

//

//

//

//

-2-

1  Further, the parties stipulate and agree to submit all relevant documents and factual and

2  legal positions of the parties in writing confidentially to the settlement judge.

3

4  **SO STIPULATED**.

5

6  **LEONARDO M. RAPADAS**
   **United States Attorney**
7  **Districts of Guam and NMI**

8  BY: _____          **DATE:** _11/24/04_

9  **MIKEL W. SCHWAB**
   **Assistant U.S. Attorney**
10

11 **SO APPROVED:**

12 _Seth Forman_

13 _____          **DATE:** _11/24/04_
   **SETH L. FORMAN**
14 **Attorney for Plaintiffs**

15

16

17

       **SO ORDERED AND APPROVED.**
18

19

20 **DATED:** _12-2-04_

21                                    **JOAQUIN V.E. MANIBUSAN**
                                      Magistrate Judge
22                                    District Court

23

24

25

26

27                     -3-

28

**RECEIVED**

NOV 2 6 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM