FILED
DISTRICT COURT OF GUAM
DEC - 2 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN and LINDA M. HARTMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 03-00041<br><br><br><br>ORDER |

On November 26, 2004, the parties requested the Magistrate Judge to preside over a settlement conference. The parties waived in writing any conflict that may result from the Magistrate Judge presiding over the settlement conference and trying the case, in the event a settlement is not reached. Accordingly, the settlement conference shall be held on Tuesday, December 14, 2004 at 9:30 a.m. The Court directs the parties to read this Order carefully as it controls the settlement procedure for this case.

**1. Presence of Lead Counsel.** Unless a party is proceeding *pro se*, the attorney attending the settlement conference must be the lead trial counsel.

**2. Presence of All Parties.** All parties or the party's representative to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.

**3. Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

**4. Confidential Settlement Letters.** Each party must submit a confidential settlement letter, no more than five (5) pages in length, no later than December 7, 2004. The letter should not be filed, but should be submitted in a sealed envelope and labeled "SEALED: CONFIDENTIAL SETTLEMENT LETTER FOR IN CAMERA REVIEW ONLY." The letter should set forth the party's statement of the case, including strengths and weaknesses, and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference. The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

**5. Date and Time of Conference.** The settlement conference is scheduled for Tuesday, December 14, 2004 at 9:30 a.m.

**6. Trial and Pretrial Dates.** The Court hereby holds in abeyance the December 14, 2004 trial date and all pretrial dates and deadlines associated with said trial date. If a settlement is not reached, the parties should be prepared to proceed to trial at the Court's earliest convenience.

SO ORDERED this 2nd of December 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge