ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 03-00041 <br><br> **UNITED STATES WITNESS LIST** |

Pursuant to Local Rule 16.7(d)(1), the United States list the following witness who may be called at trial.

Edward V. Bayron, U.S. Immigration Service, Homeland Security

Respectfully submitted this 6th day of December, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the UNITED STATES WITNESS LIST, in Civil Case No. 03-00041, <u>George S. Hartman, et al v. United States of America</u>, was served by personal service to the following attorney of record:

Seth L. Forman
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

Date: December 6, 2004

*Frances B Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant