ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| GEORGE S. HARTMAN, et al., | ) CIVIL CASE NO. 03-00041 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) **UNITED STATES EXHIBIT LIST** |
| Defendant. | ) |

Pursuant to LR 16.7(d)(3), defendant United States submits the following exhibit list. The United States adopts the exhibits submitted by the Plaintiff. In addition, the United States lists five documents that supplement those submitted by the Plaintiff.

PLAINTIFF'S EXHIBITS ADOPTED BY DEFENDANT

| Ex. | Description | Identified | Admitted |
|---|---|---|---|
| A | GMHA Emergency Room Records for Linda Hartman | | |
| B | GMHA Statement for Linda Hartman | | |

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  | C | PMC Statement for Linda Hartman                          |
| 2  | D | PMC Statement for George Hartman                         |
| 3  | E | Dr. Klosinski records, including statement &             |
| 4  |   | report, for Linda Hartman                                |
| 5  | F | Dr. Klosinski, records, including statement              |
| 6  |   | and report, for Linda Hartman                            |
| 7  | G | Hartman Automotive Invoice HADS-0129                     |
| 8  | H | Table of Property Damage and Medical                     |
| 9  |   | expenses                                                 |

### ADDITIONAL EXHIBITS SUBMITTED BY DEFENDANT

| | | |
|----|---|---|
| 12 | I | Affidavit of George Hartman (24th April 2004) |
| 13 | J | Traffic Accident Report (22nd April 2001) |
| 14 | K | Administrative Claim for G. Hartman |
| 15 | L | Administrative Claim for L. Hartman |
| 16 | M | Bayron Memo of Accident (22nd April 2001) |

Submitted this 6th day of December 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney