ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 6 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al., | CIVIL CASE NO. 03-00041 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the UNITED STATES EXHIBIT LIST, in Civil Case No. 03-00041, <u>George S. Hartman, et al v. United States of America</u>, was served by personal service to the following attorney of record:

Seth L. Forman
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910

Date: December 6, 2004

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant