BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366

Attorneys for Plaintiffs:
*GEORGE S. HARTMAN, ET AL.*

FILED
DISTRICT COURT OF GUAM
DEC 16 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. CIV03-00041 <br><br> **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Fed. R. Civ. Pro. 68, plaintiffs George and Linda Hartman give notice that they accept the Offer of Judgment, dated December 15, 2004, attached hereto.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs: *GEORGE S. HARTMAN and LINDA M. HARTMAN*

Date: 12/15/04    BY: /s/ Seth Forman
                    **SETH FORMAN**

E:\Kuuipo\plds\sf\hartman.disc.des.wpd

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GEORGE S. HARTMAN, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 03-00041<br><br>**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |

This is an Offer of Judgment for TWENTY THOUSAND DOLLARS ($20,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept this offer and fail to gain a final judgment against

1  this defendant in excess of TWENTY THOUSAND Dollars ($20,000.00) you must pay
2  all costs incurred after the date of this offer.
3    SO SUBMITTED this 15th day of December 2004.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      District of Guam and NMI

                                  BY: _____
                                      MIKEL W. SCHWAB
                                      Assistant U.S. Attorney