DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GEORGE S. HARTMAN and
LINDA M. HARTMAN,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

CIVIL CASE NO. 03-00041

**JUDGMENT**

Judgment is hereby entered in accordance with the Notice of Acceptance of Offer of Judgment filed on December 16, 2004.

Dated this 24th day of January, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

FILED
DISTRICT COURT OF GUAM
JAN 24 2005
MARY L.M. MORAN
CLERK OF COURT

Notice is hereby given that this document was entered on the docket on 1/24/05. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 1/24/05
Deputy Clerk      Date

ORIGINAL

Case 1:03-cv-00041   Document 27   Filed 01/24/2005   Page 1 of 1